Entered

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH M. GALLEMORE II,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.  CV 14-1177 RNB<br><br>**J U D G M E N T** |

　　　In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings filed herewith,

　　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: November 7, 2014

　　　　　　　　　　　　　　　　　　／s／ Robert N. Block
　　　　　　　　　　　　　　　　　ROBERT N. BLOCK
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE